# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT / WESTERN DISTRICT OF TEXAS**

Civil Action No. 1:20-cv-00001

SENSIS, INC.,

        Plaintiffs,

-against-

THE LASIK VISION INSTITUTE, LLC, ET ANO,

        Defendants.

---

**State Of New York, County of New York SS:**
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the 19th day of MARCH 2020 at: 10:05 AM

At: C/O CT CORPORATION SYSTEM, 28 LIBERTY STREET, 42nd FLOOR, NEW YORK, NY 10005

Deponent served the: SUMMONS IN A CIVIL ACTION, THE LASIK VISION INSTITUTE, LLC'S CROSS CLAIM AND THIRD-PARTY COMPLAINT, ENGAGEMENT AGREEMENT, EXHIBIT A,

Upon:    LASIK MANAGEMENT MANHATTAN, LLC

**PERSONAL SERVICE ON A LIMITED LIABILITY COMPANY**
A limited liability company, by delivering thereat a true copy to **NORA DINDYAL (SENIOR INTAKE SPECIALIST)** personally, who stated that she is the said individual *Authorized to Accept Service* on behalf of **LASIK MANAGEMENT MANHATTAN, LLC**

**DESCRIPTION** – Deponent describes the individual served as follows:
Sex: **FEMALE** Color: **BROWN** Hair: **BLACK** App. Age: **55** App. Ht. **5'5"** App. Wt. **135 lbs.**
Other identifying features: **GLASSES**

Subscribed and sworn to before me
on this 20th day of MARCH 2020

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2020
Commission Expires June 14, 2016

DOMINIK PRZYBYLO (# 296-9153)

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200

**Certificate of Service**

    I certify that this document was served in accordance with the Federal Rules of Civil Procedure on March 26, 2020, by ECF upon the following person:

| | |
|---|---|
| Brian A. Hall, Esq. | Derik A. Newman, Esq. |
| [brianhall@traverselegal.com](mailto:brianhall@traverselegal.com) | dn@newmanlaw.com |

/s/ *Cliff A. Wade*
Cliff A. Wade