IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SENSIS, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 1:20-CV-1-RP | |
| § | | |
| THE LASIK VISION INSTITUTE, LLC, and § | | |
| KENNETH MOADEL, § | | |
| § | | |
| Defendants. § | | |

**ORDER**

On June 11, 2020, the Court ordered Defendant The LASIK Vision Institute ("LVI") to file status reports on a quarterly basis with the first status report due September 11, 2020. (Dkt. 30). LVI has not filed a status report.

Accordingly, LVI is **ORDERED** to file a status report on or before **December 18, 2020**. Failing to do so may result in the Court issuing an order to show cause why the Court should not enter default judgment in favor of Plaintiff.

**IT IS FURTHER ORDERED** that LVI file status reports with this Court on a quarterly basis detailing the status of the bankruptcy action, with the next report being due three months after LVI files its status report. Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

**SIGNED** on December 13, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE